## Commonwealth *v.* Bush, Appellant.

Submitted April 9, 1973. *John H. Corbett, Jr.*, and *John J. Dean*, Assistant Public Defenders, and *George H. Ross*, Public Defender, for appellant; *Robert L. Eberhardt*, Assistant District Attorney, and *Robert W. Duggan*, District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Butler, Appellant.

Submitted April 9, 1973. *John H. Corbett, Jr.*, and *John J. Dean* Assistant Public Defenders, and *George H. Ross*, Public Defender, for appellant; *Robert L. Eberhardt*, Assistant District Attorney, and *Robert W. Duggan*, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The order of the court below is vacated and the record remanded for a hearing on the issues raised by the original or an amended post-conviction petition.